IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Collins, Delore

Printed: 11/25/08

Case Number: 08 B 18259
Judge: Wedoff, Eugene R
Filed: 7/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Credit Acceptance Corp | Secured | 6,963.00 | 0.00 |
| 2. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Unsecured | 1,075.40 | 0.00 |
| 4. | Credit Acceptance Corp | Unsecured | 553.93 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 270.00 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 10.10 | 0.00 |
| 8. | Allied Interstate | Unsecured |  | No Claim Filed |
| 9. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 10. | Comcast | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | GEMB | Unsecured |  | No Claim Filed |
| 15. | West Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,897.43 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Collins, Delore

Printed: 11/25/08

Case Number:  08 B 18259
Judge:  Wedoff, Eugene R
Filed:  7/16/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

